IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JEFFREY W. HERRMANN AND<br>MINA GEROWIN HERRMANN,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>) Case No. 14-941 T<br>)<br>) Judge Charles F. Lettow<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR LEAVE
TO FILE TRANSCRIPT OF DEPOSITION TESTIMONY**

　　　　Plaintiffs respectfully move, pursuant to Rule 15(b) of the Rules of the United States Court of Federal Claims, for an order allowing plaintiffs to designate portions of the original deposition transcript of Nicola Dunn, taken in this case on July 14, 2016.  Ms. Dunn resides outside of the United States, in London, England, is beyond the subpoena power of this Court and, therefore, is unavailable to testify at trial.  Ms. Dunn's deposition contains information that is relevant to Counts One through Four of plaintiffs' Complaint.  Counsel for both defendant and plaintiffs attended and participated in Ms. Dunn's deposition.  The relevant portions of the transcript plaintiffs intend to use at trial are listed below.  A copy of the deposition transcript, with the relevant testimony highlighted, is also attached for the Court's convenience.

　　　　Defendant indicated during the Meeting of Counsel on November 15, 2016, that it would not oppose the filing of this motion by plaintiffs and, as a general matter, does not object to the designation of certain portions of Ms. Dunn's deposition testimony.  Defendant has not had an

opportunity to review the passages designated by plaintiffs, and consequently reserves its right to object to plaintiffs' designations and to make its own counter designations. A proposed order is respectfully submitted herewith.

Plaintiffs' deposition designations:

| | |
|---|---|
| Dunn Dep. Tr. at 5:6 – 8 | Dunn Dep. Tr. at 62:6 – 12 |
| Dunn Dep. Tr. at 8:10 – 25 | Dunn Dep. Tr. at 63:13 – 23 |
| Dunn Dep. Tr. at 9:1 – 25 | Dunn Dep. Tr. at 65:1 – 25 |
| Dunn Dep. Tr. at 10:1 – 25 | Dunn Dep. Tr. at 66:1 – 16 |
| Dunn Dep. Tr. at 11:1 – 25 | Dunn Dep. Tr. at 67:5– 24 |
| Dunn Dep. Tr. at 13:1 – 25 | Dunn Dep. Tr. at 68:1 – 4 |
| Dunn Dep. Tr. at 14:1 – 25 | Dunn Dep. Tr. at 69:8 – 25 |
| Dunn Dep. Tr. at 15:1 – 25 | Dunn Dep. Tr. at 70:1 – 19 |
| Dunn Dep. Tr. at 16:1 – 25 | Dunn Dep. Tr. at 71:15 – 21 |
| Dunn Dep. Tr. at 17:1 – 25 | Dunn Dep. Tr. at 72:1 – 25 |
| Dunn Dep. Tr. at 18:1 – 25 | Dunn Dep. Tr. at 73:1 – 17 |
| Dunn Dep. Tr. at 19:1 – 25 | Dunn Dep. Tr. at 76:1 – 25 |
| Dunn Dep. Tr. at 20:1 – 25 | Dunn Dep. Tr. at 77:1 – 4 |
| Dunn Dep. Tr. at 21:1 – 8 | Dunn Dep. Tr. at 84:4 – 25 |
| Dunn Dep. Tr. at 22:4 – 25 | Dunn Dep. Tr. at 85:1 – 14 |
| Dunn Dep. Tr. at 23:1 – 25 | Dunn Dep. Tr. at 94:25 |
| Dunn Dep. Tr. at 24:1 – 5 | Dunn Dep. Tr. at 87:13 – 18 |
| Dunn Dep. Tr. at 26:5 – 15 | Dunn Dep. Tr. at 88:3 – 5 |
| Dunn Dep. Tr. at 27:14, 16 – 25 | Dunn Dep. Tr. at 89:3 – 14; 20 – 25 |
| Dunn Dep. Tr. at 28:1 – 4, 12 – 16 | Dunn Dep. Tr. at 90:1 – 25 |
| Dunn Dep. Tr. at 29:4 – 5 | Dunn Dep. Tr. at 91:1 – 13 |
| Dunn Dep. Tr. at 30:2 – 4 | Dunn Dep. Tr. at 92:16 – 19 |
| Dunn Dep. Tr. at 32:11 – 18 | Dunn Dep. Tr. at 95:1 – 8; 17 – 25 |
| Dunn Dep. Tr. at 33:13 – 25 | Dunn Dep. Tr. at 96:1 – 25 |
| Dunn Dep. Tr. at 34:1 – 25 | Dunn Dep. Tr. at 97:1 – 14 |
| Dunn Dep. Tr. at 35:1 – 22 | Dunn Dep. Tr. at 98:18 – 22 |
| Dunn Dep. Tr. at 36:11 – 19 | Dunn Dep. Tr. at 105:2 – 12 |
| Dunn Dep. Tr. at 37:15 – 22 | Dunn Dep. Tr. at 113:16 – 25 |
| Dunn Dep. Tr. at 43:20, 23 – 24 | Dunn Dep. Tr. at 114:1 – 25 |
| Dunn Dep. Tr. at 44:1 – 9 | Dunn Dep. Tr. at 115:19 – 25 |
| Dunn Dep. Tr. at 46:25 | Dunn Dep. Tr. at 116:1 – 25 |
| Dunn Dep. Tr. at 47:13 – 25 | Dunn Dep. Tr. at 117:1 – 25 |
| Dunn Dep. Tr. at 48:1 – 25 | Dunn Dep. Tr. at 118:1 – 25 |

| | |
|---|---|
| Dunn Dep. Tr. at 49:1 – 2; 6 – 23<br>Dunn Dep. Tr. at 51:3 – 25<br>Dunn Dep. Tr. at 52:11 – 14<br>Dunn Dep. Tr. at 53:3 – 8<br>Dunn Dep. Tr. at 54:22 – 24<br>Dunn Dep. Tr. at 56:9 – 24 | Dunn Dep. Tr. at 119:1 – 15; 19 – 25<br>Dunn Dep. Tr. at 120:3<br>Dunn Dep. Tr. at 123:21 – 25<br>Dunn Dep. Tr. at 124:3 – 19 |

                      Respectfully Submitted,

                      /s/ Nathan E. Clukey
                      Nathan E. Clukey
                        *Attorney of Record*
                      Abraham N.M. Shashy, Jr.
                        *Of Counsel*
                      Ariana Wallizada
                        *Of Counsel*
                      KING & SPALDING LLP
                      1700 Pennsylvania Ave., N.W.
                      Washington, DC  20006
                      Telephone:  (202) 737-0500
                      Facsimile:  (202) 626-3737
                      nclukey@kslaw.com
                      hshashy@kslaw.com
                      awallizada@kslaw.com

                      *Counsel for Plaintiffs Jeffrey W. Herrmann*
                      *and Mina Gerowin Herrmann*

DATED:  November 29, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2016, I electronically filed a copy of the foregoing plaintiffs' **MOTION FOR LEAVE TO FILE TRANSCRIPT OF DEPOSITION TESTIMONY** with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

/s/ Nathan E. Clukey
Nathan E. Clukey

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JEFFREY W. HERRMANN AND<br>MINA GEROWIN HERRMANN,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>) Case No. 14-941 T<br>)<br>) Judge Charles F. Lettow<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PROPOSED ORDER**

Plaintiffs are before the Court requesting leave to file portions of the original deposition transcript of Nicola Dunn, taken July 16, 2016, as designated in plaintiffs' Motion for Leave to File Transcript of Deposition Testimony filed on November 29, 2016.

For good cause shown, plaintiffs' motion is GRANTED;

IT IS ORDERED that the designated portions of the deposition transcript of Nicola Dunn be filed.

This _____ day of _____, 2016.

                                                                   s/ Charles F. Lettow_____
                                                                   Honorable Charles F. Lettow
                                                                   Judge